JEANETTE LaMONICA, Respondent-Appellant, v DONALD LaMONICA, Appellant-Respondent. (Appeal No. 1.) [665 NYS2d 364] —Order unanimously affirmed without costs for reasons

stated in decision at Supreme Court, Fisher, J. (Appeals from Order of Supreme Court, Monroe County, Fisher, J.—Maintenance.) Present—Green, J. P., Pine, Doerr, Balio and Fallon, JJ.